# United States District Court

WESTERN DISTRICT OF WASHINGTON

MONIGUE R. KIRKNESS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5814KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That the Commissioner's decision in regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act of and for Supplemental Security Income disability benefits under Title XVI of the Social Security Act is REVERSED a and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. §2412 (d), upon proper request to this Court.


   April 4, 2011                                           WILLIAM M. McCOOL
                                                                 Clerk

                                                                 *s/CM Gonzalez*
                                                                 Deputy Clerk